UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

Civil Action, File Number 3:07-CV-00168 (MRK)

| | |
|---|---|
| HAKAN YALINCAK, Plaintiff ) | |
| ) | May 5, 2007 |
| v.  ) | |
| ) | |
| CORMAC B. MEEHAN, Defendant ) | |

### STIPULATION OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41, Plaintiff, Hakan Yalincak, and Defendant, Cormac B. Meehan, hereby give notice to the Court that they have agreed to dismiss all claims pending in this case with prejudice and with each party to bear its own costs and attorneys fees. Hakan Yalincak and Cormac B. Meehan therefore request that the Court enter the Order of Dismissal submitted with this Stipulation.

The parties further stipulate that on May 5, 2007 they entered into a confidential Settlement Agreement and General Release resolving all issues between the parties contained therein, and further agree and stipulate that the United District Court for the District of Connecticut shall retain jurisdiction and authority over such confidential Settlement Agreement and General Release and any dispute that may arise therefrom.

Respectfully Submitted,

HAKAN YALINCAK

_____
Hakan Yalincak, Pro Se
c/o Bernard Grossberg, Esq.
Attn: Elise McKay
30 Woodland Street, No. 11-I
Hartford, CT 06105

CORMAC B. MEEHAN

By _____
Peter J. Boorman, Esq.
365 Willard Avenue, Suite 2E
Newington, CT 06111
Phone #: (860) 594-4433
Fax #: (860) 666-5112
Federal Bar #: CT00857
e-mail: law.office.pjb@snet.net

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

Civil Action, File Number 3:07-CV-00168 (MRK)

| | |
|---|---|
| HAKAN YALINCAK, Plaintiff ) | |
| ) | May   , 2007 |
| v. ) | |
| ) | |
| CORMAC B. MEEHAN, Defendant ) | |

**ORDER OF DISMISSAL**

ON THIS DATE came on for consideration the Stipulation of Dismissal filed by all parties in this cause, and the Court having been advised by counsel for all parties and pro se parties that the parties have agreed that this action should be dismissed with prejudice and that all parties should bear their own costs, expenses and legal fees. The parties have further agreed that this Court shall retain jurisdiction over the Settlement Agreement and General Release entered into by the parties on May 5, 2007 and any dispute arising therefrom. It is therefore,

ORDERED, ADJUDGED, and DECREED that the above entitled and numbered cause be, and the same is hereby dismissed with prejudice to the filing of the same; each party shall bear its own costs expenses and attorneys fees incurred in connection with this litigation; and this Court shall retain jurisdiction over the May 5, 2007 Settlement Agreement and General Release and any dispute arising therefrom.

SIGNED THIS _____ day of May, 2007

_____
The Honorable Mark R. Kravitz,
United States District Judge
United States District Court
For the District of Connecticut

Meehan Federal Case/stipulation of dismissal.doc

2